IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| MICHAEL ANGELO WHATLEY,  )<br>   Petitioner,  )<br> )<br>v.  )<br> )<br>RICK THALER, Director,  )<br>Texas Department of Criminal Justice,  )<br>Correctional Institutions Division,  )<br>   Respondent.  ) | Civil No. 7:09-CV-107-O-KA |

ORDER ACCEPTING FINDINGS OF FACT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DISMISSED without prejudice.

The Clerk of Court shall transmit a copy of this order to Petitioner.

SO ORDERED this 25th day of June, 2012.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**